United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DOUGLAS CONERLY,                    )    No. C 10-00760 JW (PR)
                                         )
12          Petitioner,                  )    ORDER DIRECTING PETITIONER
                                         )    TO FILE TRAVERSE
13   vs.                                 )
                                         )
14                                       )
     F. FIGUEROA, Warden,                )
15                                       )
            Respondent.                  )
16                                       )
                                         )
17
18          In this pro se habeas action, Petitioner sought and was granted an extension
19   of time to April 6, 2011, to file his traverse.  To date, no traverse has been filed and
20   Petitioner has not sought an extension of time to do so.  Petitioner's traverse is now
21   more than six months overdue.
22          Petitioner is granted a FINAL extension of time to November 7, 2011, to file
23   his traverse.  No further extensions of time will be granted.
24          If no traverse is received by November 7, 2011, the Court will consider the
25   matter submitted and ready for decision.
26
27   DATED: _____                _____
                                           JAMES WARE
28                                         United States District Chief Judge

G:\PRO-SE\VRW-----JW REASSIGNMENTS 2011\HC-10\Conerly-eot2-traverse.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CONERLY,

      Plaintiff,

v.

FRED FIGUEROA et al,

      Defendant.
_____/

Case Number: CV10-00760 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Conerly F 26834
BN 162L
North Fork Correctional Facility
1605 East Main
Sayre, OK 73662

Dated: October 13, 2011

Richard W. Wieking, Clerk

*Susan Imbriani*

By: Susan Imbriani, Deputy Clerk